**STATE v. ALSTON**

[363 N.C. 367 (2009)]

STATE OF NORTH CAROLINA v. WALTER ANTHONY ALSTON, JR.

No. 558A08

(Filed 18 June 2009)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 193 N.C. App. ——, 668 S.E.2d 383 (2008), finding no error in a judgment entered 3 August 2007 by Judge R. Stuart Albright in Superior Court, Guilford County. Heard in the Supreme Court 4 May 2009.

*Roy Cooper, Attorney General, by Kathryn Jones Cooper, Special Deputy Attorney General, for the State.*

*Duncan B. McCormick for defendant-appellant.*

PER CURIAM.

AFFIRMED.